Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
31 N. 6th Avenue
#105-152
Tucson, AZ  85701-5701
Telephone  (520) 544-9094

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDINGS |
| ANDRES GALARZA MARTINEZ<br>KATHERINE M MARTINEZ | CASE NO.: 17-bk-14632-SHG |
| | **TRUSTEE'S MOTION TO DISMISS FOR DELINQUENT PLAN PAYMENTS**<br>and<br>**NOTICE OF INTENT TO LODGE ORDER DISMISSING CASE WITHOUT A HEARING;** |
| DEBTORS | |

**YOUR RIGHTS MAY BE AFFECTED. PLEASE READ THIS MOTION / NOTICE CAREFULLY AND DISCUSS WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

**THIS MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING**

Dianne C. Kerns, Trustee in the above-captioned estate, hereby moves the Court for an order dismissing the above-captioned case on the grounds that the Debtors are delinquent in one or more plan payments (1). **The amount of the current plan payment delinquency is: $4,453.48**. The Trustee hereby gives notice of her intent to lodge an order dismissing this case, **without further notice of hearing,** unless the Debtors complete one of the following **within 30 days of the mailing of this motion:** (2)

(a) Make payment to the Trustee of the full amount stated as delinquent PLUS any additional amounts that subsequently come due. (3)

(b) File and serve a notice of conversion to Chapter 7; or

(c) File and serve an amended/modified plan using Local Plan form 2084-4 and obtain an order confirming the amended/modified plan, following an opportunity to object by any creditors and evaluation by the Trustee. LRBP Rules 2084-4, 2084-9, and 2084-10.

If the Debtors fail to timely do one of the above,  the Trustee is specifically authorized to upload an order dismissing the case and the Court may summarily dismiss the case without further notice or hearing.  LRBP 2084-15(b).  **Please note that the time for complying with L.R.B.P. 2084-15(a) is not extended or altered by any other motion or notice (***such as the return of a proposed order confirming the plan***) that may be filed in the interim.**

CASE NO.: 17-bk-14632-SHG

Dated: September 22, 2021  /s/ Dianne C. Kerns  011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing filed with U.S. Bankruptcy Court this September 22, 2021
All parties will receive notice from the court including the following:

ANDRES GALARZA MARTINEZ
KATHERINE M MARTINEZ
macdre007@live.com
6511 W HARBIN RIDGE WAY
TUCSON, AZ  85757

ERIC SLOCUM SPARKS
law@ericslocumsparkspc.com
ERIC SLOCUM SPARKS PC
4400 E BROADWAY BLVD #305
TUCSON, AZ  85711

Prepared by Dawn Hoffman

**(1)**   See Local Rules of Bankruptcy Procedure for the District of Arizona ("LRBP") Rule 2084-15. The Court provided notice of the local rules at commencement of this case in a document entitled "Notice of Certain Provisions of Local Bankrupcty Rules 2084-1 through 2084-26", which document was attached to the "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, deadlines." The local rules may also be viewed at www.azb.uscourts.gov  under the "court info" dropdown menu.

**(2)**   Not earlier than 30 + 7 days after the mailing of this motion, the Trustee will determine whether to upload an order dismissing by (1) reviewing the court docket for conversions, extensions, objections, and/or amended/modified plan; and (2) reviewing the status of plan payments received by the Trustee's bank. If the Court dismisses the case on this motion, the Debtors may seek reinstatement by following the procedures in LRBP 2084-17. The Trustee will only approve the reinstatement if the plan payments are current. If the Trustee does not approve the order of reinstatement the Debtors must set the reinstatement for hearing.

**(3)**   Payments should be mailed to Dianne C. Kerns, Trustee, P.O. Box 366, Memphis TN 38101-0366. Cashiers checks or money orders only. Debtors do not need to send a confirmation copy of payments to the Trustee's office. Debtors may confirm that the Trustee has received payments by logging onto www.ndc.org.  In general, the information on this website is 24-hours old.

CASE NO.: 17-bk-14632-SHG

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---:|
| Jan 22, 2018 | 9039427978 | CASHIER'S CHECK FROM DEBTOR | 2,070.00 |
| Mar 02, 2018 | - | TFS - MONTHLY PLAN PAYMENT | 2,070.00 |
| Apr 12, 2018 | - | TFS - MONTHLY PLAN PAYMENT | 2,070.00 |
| May 01, 2018 | - | TFS - TAX REFUND | 488.00 |
| May 25, 2018 | | TFS - TAX REFUND | 1,702.00 |
| May 29, 2018 | | TFS - DELINQUENCY CATCHUP PAYMENT | 2,070.00 |
| Jun 25, 2018 | 9039529616 | CASHIER'S CHECK FROM DEBTOR | 2,070.00 |
| Jul 02, 2018 | 9039429396 | CASHIER'S CHECK FROM DEBTOR | 1,000.00 |
| Jul 09, 2018 | 17782999707 | MONEY ORDER FROM DEBTOR | 700.00 |
| Jul 09, 2018 | 17782999708 | MONEY ORDER FROM DEBTOR | 456.00 |
| Sep 27, 2018 | 9039430162 | CASHIER'S CHECK FROM DEBTOR | 3,500.00 |
| Sep 27, 2018 | 20810980404 | MONEY ORDER FROM DEBTOR | 818.00 |
| Nov 16, 2018 | | TFS - DELINQUENCY CATCHUP PAYMENT | 2,136.00 |
| Jan 14, 2019 | 9039431072 | CASHIER'S CHECK FROM DEBTOR | 3,800.00 |
| Jan 22, 2019 | 20843390319 | MONEY ORDER FROM DEBTOR | 632.29 |
| Jan 22, 2019 | 20843390318 | MONEY ORDER FROM DEBTOR | 1,000.00 |
| Jan 22, 2019 | 20843390317 | MONEY ORDER FROM DEBTOR | 1,000.00 |
| Mar 15, 2019 | 20845421765-Tax Refund | INCOME TAX REFUND CHECK | 577.00 |
| Mar 15, 2019 | 20845421766 | MONEY ORDER FROM DEBTOR | 950.00 |
| Mar 15, 2019 | 20845421767 | MONEY ORDER FROM DEBTOR | 950.00 |
| Mar 15, 2019 | 20845421768 | MONEY ORDER FROM DEBTOR | 270.00 |
| Apr 15, 2019 | 17957132233 | MONEY ORDER FROM DEBTOR | 170.00 |
| Apr 15, 2019 | 17957132229 | MONEY ORDER FROM DEBTOR | 500.00 |
| Apr 15, 2019 | 17957132230 | MONEY ORDER FROM DEBTOR | 500.00 |
| Apr 15, 2019 | 17957132231 | MONEY ORDER FROM DEBTOR | 500.00 |
| Apr 15, 2019 | 17957132232 | MONEY ORDER FROM DEBTOR | 500.00 |
| Apr 15, 2019 | | TFS - TAX REFUND | 2,197.00 |
| May 13, 2019 | 20843389558 | MONEY ORDER FROM DEBTOR | 270.00 |
| May 13, 2019 | 20843389557 | MONEY ORDER FROM DEBTOR | 950.00 |
| May 13, 2019 | 20843389556 | MONEY ORDER FROM DEBTOR | 950.00 |
| Jun 21, 2019 | 20845419166 | MONEY ORDER FROM DEBTOR | 270.00 |
| Jun 21, 2019 | 20845419164 | MONEY ORDER FROM DEBTOR | 950.00 |
| Jun 21, 2019 | 20845419165 | MONEY ORDER FROM DEBTOR | 950.00 |
| Jul 22, 2019 | 20864867740 | MONEY ORDER FROM DEBTOR | 540.00 |
| Jul 22, 2019 | 20864867739 | MONEY ORDER FROM DEBTOR | 950.00 |
| Jul 22, 2019 | 20864867738 | MONEY ORDER FROM DEBTOR | 950.00 |
| Jul 22, 2019 | 20864867737 | MONEY ORDER FROM DEBTOR | 950.00 |
| Jul 22, 2019 | 20864867736 | MONEY ORDER FROM DEBTOR | 950.00 |
| Sep 06, 2019 | | TFS - MONTHLY PLAN PAYMENT | 1,085.00 |
| Sep 16, 2019 | 20841439770 | MONEY ORDER FROM DEBTOR | 600.00 |
| Sep 16, 2019 | 20841439771 | MONEY ORDER FROM DEBTOR | 485.00 |
| Oct 03, 2019 | | TFS - DELINQUENCY CATCHUP PAYMENT | 1,085.00 |
| Oct 28, 2019 | 20864872477 | MONEY ORDER FROM DEBTOR | 500.00 |
| Oct 28, 2019 | 20864872476 | MONEY ORDER FROM DEBTOR | 585.00 |
| Nov 25, 2019 | 20903941379 | MONEY ORDER FROM DEBTOR | 950.00 |
| Nov 25, 2019 | 20903941381 | MONEY ORDER FROM DEBTOR | 700.00 |
| Nov 25, 2019 | 20903941380 | MONEY ORDER FROM DEBTOR | 950.00 |
| Dec 02, 2019 | 20903941511 | MONEY ORDER FROM DEBTOR | 950.00 |
| Dec 02, 2019 | 20903941512 | MONEY ORDER FROM DEBTOR | 790.00 |
| Jan 06, 2020 | 20903943276 | MONEY ORDER FROM DEBTOR | 300.00 |
| Jan 06, 2020 | 20903943275 | MONEY ORDER FROM DEBTOR | 600.00 |
| Jan 21, 2020 | 20903943965 | MONEY ORDER FROM DEBTOR | 800.00 |
| Jan 21, 2020 | 20903943966 | MONEY ORDER FROM DEBTOR | 510.00 |
| Feb 14, 2020 | 19070692786 | MONEY ORDER FROM DEBTOR | 200.00 |
| Feb 14, 2020 | 19070692785 | MONEY ORDER FROM DEBTOR | 500.00 |
| Feb 14, 2020 | 19070692784 | MONEY ORDER FROM DEBTOR | 500.00 |
| Feb 14, 2020 | 19070692783 | MONEY ORDER FROM DEBTOR | 500.00 |
| Feb 14, 2020 | 19070692782 | MONEY ORDER FROM DEBTOR | 500.00 |
| Mar 30, 2020 | 20903947268 | MONEY ORDER FROM DEBTOR | 900.00 |
| Mar 30, 2020 | 20903947267 | MONEY ORDER FROM DEBTOR | 900.00 |
| Mar 30, 2020 | 20903947269 | MONEY ORDER FROM DEBTOR | 400.00 |

CASE NO.: 17-bk-14632-SHG

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---:|
| Apr 17, 2020 | 20898164614 | MONEY ORDER FROM DEBTOR | 400.00 |
| Apr 17, 2020 | 20898164613 | MONEY ORDER FROM DEBTOR | 900.00 |
| Apr 17, 2020 | 20898164611 | MONEY ORDER FROM DEBTOR | 900.00 |
| May 18, 2020 | 19097288697-Tax Refund | INCOME TAX REFUND CHECK | 41.00 |
| May 18, 2020 | 19097288696-Tax Refund | INCOME TAX REFUND CHECK | 500.00 |
| May 18, 2020 | 19097288698 | MONEY ORDER FROM DEBTOR | 500.00 |
| Jul 13, 2020 | 20823726954 | MONEY ORDER FROM DEBTOR | 600.00 |
| Jul 13, 2020 | 20823726955 | MONEY ORDER FROM DEBTOR | 500.00 |
| Aug 03, 2020 | 20823729267 | MONEY ORDER FROM DEBTOR | 950.00 |
| Aug 03, 2020 | 20823729268 | MONEY ORDER FROM DEBTOR | 150.00 |
| Aug 03, 2020 | 19117589049 | MONEY ORDER FROM DEBTOR | 750.00 |
| Aug 03, 2020 | 19117589050 | MONEY ORDER FROM DEBTOR | 750.00 |
| Aug 03, 2020 | 19117589051 | MONEY ORDER FROM DEBTOR | 192.40 |
| Aug 20, 2020 | | TFS - NATIONWIDE TFS RECEIPT | 3,300.00 |
| Oct 01, 2020 | | TFS - MONTHLY PLAN PAYMENT | 1,100.00 |
| Nov 18, 2020 | | TFS - MONTHLY PLAN PAYMENT | 2,200.00 |
| Jan 12, 2021 | | TFS - DELINQUENCY CATCHUP PAYMENT | 2,200.00 |
| Jan 26, 2021 | | TFS - DELINQUENCY CATCHUP PAYMENT | 1,100.00 |
| Feb 10, 2021 | | TFS - MONEYGRAM | 1,100.00 |
| Mar 16, 2021 | | TFS - NATIONWIDE TFS RECEIPT | 2,250.00 |
| Mar 22, 2021 | | TFS - MONEYGRAM | 2,000.00 |
| Mar 22, 2021 | | TFS - MONEYGRAM | 1,375.00 |
| Apr 19, 2021 | | TFS - MONTHLY PLAN PAYMENT | 1,100.00 |
| Jun 15, 2021 | | TFS - MONTHLY PLAN PAYMENT | 1,125.00 |
| Jun 25, 2021 | | TFS - MONTHLY PLAN PAYMENT | 1,125.00 |
| Aug 02, 2021 | 9209040017 | CASHIER'S CHECK FROM DEBTOR | 4,334.40 |

**TOTAL RECEIPTS 90,109.09**